

**ORDERED in the Southern District of Florida on August 19, 2011.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    Case No. 09-11726-BKC-AJC

IRIS YAIRA SUAREZ,                                       Chapter 13

 Debtor.
_____/

### ORDER DENYING DEBTOR'S MOTION FOR EARLY PAYOFF

THIS CAUSE came before the Court for hearing on July 19, 2011, at 9:00 a.m. upon the Debtor's *Motion to Approve Early Pay-Off of the Confirmed Plan* (DE 76). The Court heard argument of counsel and, upon review of the record, notes the Trustee's objection to the motion.

Upon consideration and consistent with this Court's holding in *In re Perez*, Case No. 09-35053-BKC-AJC (DE 125), and as stated so eloquently and succinctly by Judge Isicoff in her decision in *In re Rhymaun*, Case No. 10-20092-BKC-LMI (DE 73), the motion is denied. The Eleventh Circuit views the applicable commitment period in a Chapter 13 case to be the life of the plan over either a three (3) or five (5) year period (depending on

whether the debtor is an above or below mean debtor), regardless of how many times a debtor may modify the plan. As emphasized by both of the foregoing opinions, the shortening of the applicable commitment period in a Chapter 13 case may only be attained in two ways – payment in full of all unsecured debt or the grant of a hardship discharge to the debtor. To hold otherwise would undermine congressional intent and the holding in *Whaley v. Tennyson, (in re Tennyson)*, 611 F.3d 873 (11th Cir. 2010). Accordingly, it is

**ORDERED AND ADJUDGED** that the Debtor's *Motion to Approve Early Pay-Off of the Confirmed Plan* (DE 76) is DENIED.

# # #

Copies Furnished to:

Laila Gonzalez, Esq., Attorney for Debtors
Iris Suarez, Debtor
Nancy Herkert, Trustee

The movant, or movant's counsel, Laila Gonzalez Esq., shall serve a copy of this order upon all interested parties immediately upon receipt of same and shall thereupon file with the Court a certificate of service.